IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON NITCH,

                                                                ORDER

                Plaintiff,

                                                                10-cv-512-bbc

      v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan has moved for an award of additional attorney fees under 42 U.S.C.

§ 406(b) for his work in representing plaintiff Jason Nitch in this action.  Plaintiff's counsel

has already received $5,662.64 in fees under the EAJA. He is now seeking $2,091.11, which

represents the remaining amount due under 42 U.S.C. § 406(b).  Defendant Commissioner

has not opposed the motion.  In the absence of any objection and because the fee request

is well justified, I will grant the motion.

      Plaintiff Jason Nitch has assigned the payment of the fees and costs to Duncan.  They

are to be paid to Duncan if defendant determines that there are no prior debts owed to the

government by plaintiff.

ORDER

IT IS ORDERED that Dana Duncan is awarded additional attorney fees in the amount of $2,091.11 for his work in representing plaintiff Jason Nitch in this proceeding. The award of fees is to be made to Duncan if defendant determines that plaintiff owes no prior debts to the United States government.

Entered this 9th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge