IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON NITCH,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　Case No. 10-cv-512-bbc

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration ,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $2,091.11.

| s/Peter Oppeneer | 4/9/14 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |